UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROGER WALTER WILSON; PHILIP WIEGMAN; LAKESHORE PACIFIC ENTERPRISES, INC.; LAKESHORE PACIFIC NEVADA, INC.; DANIELLE ALVES; KIMBERLY GRAY; MISTY POIESZ,<br><br>Defendants. | No. 2:20-cv-01419-TLN-DB<br><br>**ORDER** |

This matter is before the Court on Plaintiff Philadelphia Indemnity Insurance Company's ("Plaintiff") *Ex Parte* Application for an Order Extending Time for Service of Summons on Defendants Lakeshore Pacific Nevada, Inc., Philip Wiegman, Danielle Alves, Kimberly Gray and Misty Poiesz.  (ECF No. 10.)  The Court has reviewed Plaintiff's Application, supporting points and authorities, and the attached declaration of counsel filed in support thereof.  Pursuant to Federal Rule of Civil Procedure 4(m) and good cause appearing, Plaintiff's Application is hereby GRANTED.  The time within which Plaintiff may serve summons on Defendants Lakeshore

/ / /

/ / /

1

Pacific Nevada, Inc., Philip Wiegman, Danielle Alves, Kimberly Gray, and Misty Poiesz is hereby extended to December 30, 2020.

IT IS SO ORDERED.

DATED: December 7, 2020

Troy L. Nunley
United States District Judge

2